Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Christopher Melendez

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER MELENDEZ,

        Plaintiff,

    vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:15-cv-02798-VBF-AGR

ORDER OF  DISMISSAL

    The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.

DATE:   October 8, 2015

THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE